# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

127966

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICHARD MICHAEL NIXON,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127966
COA: 256248
Van Buren CC: 3664

_____/

      On order of the Court, the application for leave to appeal the December 16, 2004 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

p1024

Clerk